425 A.2d 19

Commonwealth ex rel. Abbott, Appellant
v. Mastrofrancesco.

Argued April 11, 1979. John W. Dineen, for appellant; John Lee Brown, Jr., Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before SPAETH, VAN der VOORT and WATKINS, JJ.

Orders affirmed.